ACCEPTED
03-15-00446-CV
7336962
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 3:46:24 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00446-CV**

IN THE

THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 3:46:24 PM
JEFFREY D. KYLE
Clerk

AT AUSTIN

---

BAXTER OIL SERVICE, LTD.
Appellant

v.

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,
Appellee.

---

Appeal from the 345th Judicial District Court,
Travis County, Texas

---

**FIRST UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLEE'S RESPONSE BRIEF**

---

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rules 10.5(b)(1) and 38.6(d), Appellee the Texas Commission on Environmental Quality files this first unopposed motion for an extension of time and respectfully requests a 29-day extension, until and through November 13, 2015, to file its Response Brief.

1.    The current deadline for filing Appellee's Response Brief is

Thursday, October 15, 2015.

2. Appellee requests a 29-day extension, until November 13, 2015.

3. No previous extensions have been granted for this brief.

4. Oral argument has not been set in this case.

5. An extension until November 13, 2015, is not opposed by Appellants.

6. This motion is requested because Assistant Attorneys General Thomas Edwards and Craig Pritzlaff have been occupied with multiple settlement negotiations, the lodging of settlement documents, and public notice and comment in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* MDL No. 2179, in the U.S. District Court for the Eastern District of Louisiana.

7. No trial date has been set in the trial court, and no scheduling order is in place in the trial court that would be impacted by an extension of time to consider this appeal.

## PRAYER

For the reasons stated above, Appellee the Texas Commission on Environmental Quality prays that the Court grant a 29-day extension, until November 13, 2015, to file its Response Brief.

Respectfully submitted this 12th day of October 2015.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division


 /s/  *Thomas H. Edwards*
THOMAS H. EDWARDS
Assistant Attorney General
Tex. Bar No. 06461800
Thomas.Edwards@TexasAttorneyGeneral.gov

-3-

CRAIG J. PRITZLAFF
Assistant Attorney General
Tex. Bar No. 24046658
Craig.Pritzlaff@TexasAttorney
General.gov

LINDA SECORD
Assistant Attorney General
Tex. Bar No. 17973400
Linda.Secord@TexasAttorney
General.gov

Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR APPELLEE,
THE TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY

**CERTIFICATE OF CONFERENCE**

On October 12, 2015, the undersigned conferred with Leslie Sara Hyman, counsel for Appellants, and Ms. Hyman confirmed that this motion is not opposed.

/s/  *Thomas H. Edwards*
THOMAS H. EDWARDS

**CERTIFICATE OF SERVICE**

I, Thomas H. Edwards, do hereby certify that a true and correct copy of the foregoing document was served by electronic service and email on the following parties or attorneys of record on the 12th day of October, 2015.

| Attorneys | Parties |
|---|---|
| Leslie Sara Hyman<br>PULMAN, CAPPUCCIO, PULLEN, BENSON & JONES, LP<br>2161 NW Military Hwy., Ste. 400<br>San Antonio TX 78213<br>Telephone: (210) 222-9494<br>Facsimile: (210) 892-1610<br>lhyman@pulmanlaw.com | Baxter Oil Service, Ltd. |

John R. Eldridge
HAYNES AND BOONE, L.L.P.
1221 McKinney St., Ste. 2100
Houston TX 77010-2020
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
John.Eldridge@haynesboone.com

Exxon Mobil Corporation,
ExxonMobil Oil Corporation,
Pennzoil-Quaker State Company
and Shell Oil Company

Adam H. Sencenbaugh
HAYNES AND BOONE, L.L.P.
600 Congress Ave., Ste. 1300
Austin TX 78701-2579
Telephone: (512) 867-8489
Telecopier: (512) 867-8606
Adam.Sencenbaugh@
haynesboone.com

"

Janessa M. Glenn
R. Steven Morton
MOLTZ MORTON & GLENN, LLP
5113 Southwest Pkwy, Ste. 120
Austin TX 78735-8969
jglenn@mmandg.com

Cabot Norit Americas, Inc.

John E. Leslie
JOHN LESLIE | PLLC
1216 Florida Dr., Ste. 140
Arlington TX 76015-2393
Tel: (817) 505-1291
Arlingtonlaw@aol.com

Howard Freilich, d/b/a Quick Stop
Brake and Muffler

Cynthia J. Bishop
C BISHOP LAW PC
P.O. Box 612994
Dallas TX  75261-2994
cbishop@cbishoplaw.com

Paul Craig Laird II
ASHLEY & LAIRD, L.C.
800 W. Airport Fwy., Ste. 880
Irving TX  75062-6274
pcl880@aim.com

George E. Kuehn
BUTZEL LONG
301 E. Liberty St., Ste 500
Ann Arbor MI  48104-2283
Tel: 734-213-3257
Fax: 734-995-1777
kuehn@butzel.com

Baxter Oil Service, Ltd.

Frank Kosar, d/b/a Rite Way
Truck Rental

SBC Holdings, Inc., f/k/a The Stroh
Brewery Company

 /s/  *Thomas H. Edwards*
THOMAS H. EDWARDS